UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-24557-KMM

JIBRAEL HINDI,

    Plaintiff,

v.

LATHAM AND HATCH, LLC, a North Carolina corporation, TONI DAVIS, an individual, and JOHN DOE, an individual,

    Defendants.

_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant, LATHAM AND HATCH, LLC ("Defendant"), moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an order enlarging the time permitted for Defendant to file a response to Plaintiff's Class Action Complaint ("Complaint")[ECF No. 1]. Defendant states the following in support:

1. On December 17, 2017, Plaintiff filed the subject Complaint.

2. The undersigned was recently retained and filed a Notice of Appearance in this matter on January 8, 2018.

3. The undersigned and Defendant require additional time to investigate the allegations and prepare a response to the Complaint.

4. On January 8, 2018, the undersigned conferred with Plaintiff's counsel regarding Defendant's request for an extension of time to respond to the Complaint.

5. Plaintiff's counsel advised that Plaintiff has no objection to an extension of Defendant's response deadline through January 23, 2018.

– 2 –

6. Defendant has not previously requested any extension of time to respond to the Complaint.

WHEREFORE, Defendant requests that the Court enter an Order extending Defendant's deadline to respond to Plaintiff's Complaint through January 23, 2018.

### Certificate of Compliance with Local Rule 7.1(a)(3):

The counsel for the movant has conferred with all parties who may be affected by the relief sought in the motion, and Plaintiff's counsel agrees to the relief sought in this Motion.

DATED:   January 9, 2018.                                   Respectfully submitted,

/s/ Charles E. Fombrun
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
E-mail: AKG@lgplaw.com
CHARLES E. FOMBRUN
Florida Bar No. 105133
E-mail: CEF@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone:   (305) 379-0400
Fax:   (305) 379-9626

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2018, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Charles E. Fombrun
CHARLES E. FOMBRUN