**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**[MIAMI DIVISION]**

**CASE NO. 1:17-cv-24557-KMM**

JIBRAEL HINDI,

    Plaintiff,

v.

LATHAM AND HATCH, LLC, a North Carolina corporation, TONI DAVIS, an individual, and JOHN DOE, an individual,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT LATHAM AND HATCH, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

**THIS CAUSE** having come before the Court upon Defendant, LATHAM AND HATCH, LLC's Unopposed Motion for Enlargement of Time to File Response to Class Action Complaint (the "Motion"), and the Court having reviewed the Motion and the file, and having noted that Plaintiff agrees to extending the deadline for Defendant to respond to the Complaint up to and including January 23, 2018 and being otherwise fully advised in the premises, it is ORDERED as follows:

    1.    The Motion is **GRANTED**.

    2.    Defendant Latham and Hatch, LLC shall have up to and including January 23, 2018 to file a response to the Complaint.

    DONE and ORDERED in Miami, Florida on _____.

                                                 _____
                                                 UNITED STATES JUDGE

Copies furnished to:
All Counsel and Parties of Record